# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERTO MORA-MORA,

    Defendant.

CASE NO.: 3:18-cr-00057-MMD-VPC

**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA HEARING**

## ORDER

Based on pending Stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Arraignment and Plea Hearing currently scheduled for June 27, 2018, at 3:00 p.m., be vacated and continued to the 10th of July, 2018 at 3:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE



____ FILED    ____ RECEIVED
____ ENTERED    ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202